08 C 347  Case 1:08-cv-00347   Document 1-3   Filed 01/15/2008   Page 1 of 1

JUDGE DOW
MAGISTRATE JUDGE DENLOW

FILED
JANUARY 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Verification

I, MARK STAUBLIN, declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2008.

MARK STAUBLIN