**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number:

MARK STAUBLIN

v.

AVANADE, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARK STAUBLIN

**FILED**
**JANUARY 15, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PH    **08 C 347**

JUDGE DOW
MAGISTRATE JUDGE DENLOW

| | |
|---|---|
| NAME (Type or print) | |
| Darren A. Bodner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Darren A. Bodner | |
| FIRM | |
| Lisa Kane & Associates, P.C. | |
| STREET ADDRESS | |
| 120 South LaSalle Street, Suite 1420 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06289083 | 312-606-0383 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO X

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO X

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO X

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO X

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐