## United States District Court for the Northern District of Illinois

Case Number: 08CV347   Assigned/Issued By: J. N.

Judge Name: DOW   Designated Magistrate Judge: DENLOW

### FEE INFORMATION

*Amount Due:* [✓] $350.00   [ ] $39.00   [ ] $5.00

[ ] IFP   [ ] No Fee   [ ] Other _____

[ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350   Receipt #: 2467048

Date Payment Rec'd: 1-15-08   Fiscal Clerk: J.N.

### ISSUANCES

[✓] Summons   [ ] Alias Summons

[ ] Third Party Summons   [ ] Lis Pendens

[ ] Non Wage Garnishment Summons   [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
   (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
   (Type of Writ)

1  Original and  0  copies on  1-16-08  as to  DEFENDANT
                                 (Date)

C:\wpwin80\docket\feeinfo.frm   03/14/05