IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK STAUBLIN, | ) |
| Plaintiff, | ) ) ) No. 08 C 347 |
| v. | ) ) Judge Robert M. Dow, Jr. ) Magistrate Judge Denlow |
| AVANADE, INC., | ) ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Defendant Avanade Inc. ("Avanade") respectfully submits this Corporate Disclosure Statement. Accenture Ltd. is the parent corporation of Avanade. Accenture Ltd. and Microsoft Corporation both own more than 10% of Avanade stock. Avanade has no other publicly held affiliates.

Respectfully submitted,

AVANADE INC.

By: /s/ Todd M. Church
One of its attorneys

Craig T. Boggs (ARDC 6198435)
Todd M. Church (ARDC 6281176)
PERKINS COIE LLP
131 South Dearborn St., Suite 1700
Chicago, IL  60603-5559
(312) 324-8400
(312) 324-9400 (facsimile)

Dated: February 7, 2008