## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARK STAUBLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 347 |
| v. ) | |
| ) | Hon. Robert M. Dow, Jr. |
| AVANADE, INC., ) | Judge Presiding |
| ) | Magistrate Judge Denlow |
| Defendant. ) | |

### INITIAL STATUS REPORT

Pursuant to this Order of this Court entered January 28, 2008, counsel for the parties conferred on February 15, 2008, and submit the following Initial Status Report:

**A.　Attorneys of Record:**

Lisa Kane, Janice A. Wegner, Darren A. Bodner Michael Young and Tyler Manic for Plaintiff
Craig T. Boggs and Todd M. Church for Defendant

**B.　Basis for Federal Jurisdiction:**

Title VII of the Civil Rights Act of 1964, as amended, 42 U.S. C. Sec. 2000e, <u>et seq.</u>, and the Illinois Wage Payment and Collection Act, 820 Ill. Comp. Stat., 115/1, et seq.

**C.　Nature of Claims Asserted in Complaint and any Counterclaims:**

Plaintiff alleges that he was terminated in retaliation for his opposition to and reporting of gender discrimination. Plaintiff further alleges that Defendant failed to compensate him with bonuses or commissions earned prior to his termination.

**D.　Name of any party not served: No party remains unserved.**

**E.　Principal Legal Issues:**

1. Whether Plaintiff was performing to Defendant's legitimate expectations.

2. Whether Defendant retaliated against Plaintiff for his opposition to and reporting of gender discrimination.

3. Whether Defendant has articulated legitimate non-discriminatory reasons for its treatment of Plaintiff.

4. Whether Plaintiff has shown that Defendant's articulated non-discriminatory reason(s) was/were pretextual.

    5.    Whether Defendant's actions were willful.

**F.**     **Principal Factual Issues:**

    1.    Whether Plaintiff complained of gender discrimination.

    2.    Whether Defendant retaliated against Plaintiff as a result of his complaints of gender discrimination.

    3.    Whether Plaintiff was damaged as a result of Defendant's actions.

**G.**     **Whether a Jury has been demanded:**

Plaintiff has demanded a jury trial.

**H.**     **Brief Description of Discovery:**

1.    Identify the date that discovery began: February 15, 2008

2.    Describe discovery that has been taken to date and any remaining discovery:

Fed. R. Civ. P. 26(a)(1) Disclosures to be exchanged by March 15, 2008.

The parties will engage in written discovery.

The parties will require depositions, the number of which will be more able to be determined upon the exchange of Rule 26(a)(1) Disclosures.

Proposed Discovery Cut-off: August 15, 2008.

Dispositive Motion Deadline: September 15, 2008.

**I.**     **Trial:**

1.    Identify the earliest date the parties would be ready to commence trial: December, 2008.

2.    Provide the estimated length of trial: Trial is estimated to be three (3) to (4) days in length.

**J.**     **Consent to Magistrate Judge:**

The parties do not unanimously consent to proceed before a Magistrate Judge.

**K.**     **Settlement:**

1.    Provide the status of any settlement discussions to date:

**L.**     **Request for Settlement Conference:**

The parties do not request a settlement conference.

Dated: February 22, 2008

| | |
|---|---|
| s/ Lisa Kane | s/ Craig T. Boggs |
| LISA KANE | CRAIG T. BOGGS |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
| LISA KANE & ASSOCIATES, P.C. | PERKINS COIE, LLP |
| 120 SOUTH LA SALLE STREET | 131 SOUTH DEARBORN STREET |
| SUITE 1420 | SUITE 1700 |
| CHICAGO, ILLINOIS 60603 | CHICAGO, ILLINOIS 60603 |
| (312) 606-0383 | (312) 324-8400 |
| ATTORNEY CODE NO. 06203093 | ATTORNEY CODE NO. 6198435 |