IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK STAUBLIN,<br><br>    Plaintiff,<br><br>v.<br><br>AVANADE INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 08 C 347<br>)<br>) Judge Robert M. Dow, Jr.<br>)<br>) Magistrate Judge Denlow<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

To:   Lisa Kane
      Lisa Kane & Associates, P.C.
      120 S. LaSalle Street
      Suite 1420
      Chicago, Illinois 60603

   **PLEASE TAKE NOTICE** that on June 25, at 9:15 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Robert M. Dow, Jr., or any judge sitting in his stead, in Room 1919 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **Motion for Entry of Agreed Protective Order,** a copy of which is hereby served upon you**.**

DATED:  June 18, 2008


By:   /s/ Todd M. Church
Craig T. Boggs
Todd M. Church
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603
Telephone: (312) 324-8400
Facsimile: (312) 324-9400

34004-0609/LEGAL14385421.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on June 18, 2008, he served a true and complete copy of the **Notice of Motion** and **Motion for Entry of Agreed Protective Order** upon all counsel. Service was accomplished pursuant to ECF as to Filing Users and shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ Todd M. Church

34004-0609/LEGAL14385421.1