IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK STAUBLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 347 |
| v. ) | |
| ) | Hon. Robert M. Dow, Jr. |
| AVANADE, INC., ) | Judge Presiding |
| ) | Magistrate Judge Denlow |
| Defendant. ) | |

## STIPULATION FOR DISMISSAL AND PROPOSED ORDER

WHEREAS, Plaintiff, MARK STAUBLIN ("Staublin") and Defendant, AVANADE, INC., ("Avanade") have settled the above-captioned matter;

IT IS HEREBY STIPULATED by and between Staublin, through his attorneys, and Avanade, through its attorneys, that Defendant Avanade shall be dismissed without prejudice from Staublin's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

IT IS HEREBY FURTHER STIPULATED that this Court shall retain jurisdiction to enforce the Settlement Agreement and Release between Staublin and Avanade.

| | |
|---|---|
| IT IS SO STIPULATED. | Dated: July 18, 2008 |
| | |
| LISA KANE & ASSOCIATES, P.C. | PERKINS COIE, LLP |
| | |
| By /s/ Lisa Kane | By /s/ Craig T. Boggs (by consent) |
| Attorney for Plaintiff | Attorney for Defendant |
| MARK STAUBLIN | AVANADE, INC. |
| 120 SOUTH LA SALLE STREET | 131 SOUTH DEARBORN STREET |
| SUITE 1420 | SUITE 1700 |
| CHICAGO, ILLINOIS 60603 | CHICAGO, ILLINOIS 60603 |
| (312) 606-0383 | (312) 324-8400 |
| ATTORNEY CODE NO. 06203093 | |