Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 347 | DATE | 7/21/2008 |
| CASE TITLE | MARK STAUBLIN vs. AVANADE, INC. | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation for Dismissal [21], ENTER ORDER: It is Ordered that Defendant Avanade, Inc. is hereby dismissed without prejudice pursuant to Rule 41(1) of the Fed. R.Civ.P., with each party bearing its own costs and attorneys' fees. This Court shall retain jurisdiction to enforce the Settlement Agreement and Release between Staublin and Avanade. Status hearing date of 7/29/08 is stricken.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | TBK |
|---|---|---|---|

08C347 MARK STAUBLIN vs. AVANADE, INC.                                                                  Page 1 of 1