IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK STAUBLIN, | ) |
| Plaintiff, | ) ) ) Case No. 08 C 347 |
| v. | ) ) Hon. Robert M. Dow, Jr. |
| AVANADE, INC., | ) Judge Presiding ) Magistrate Judge Denlow |
| Defendant. | ) |

### ORDER

Good Cause appearing therefore, IT IS ORDERED THAT:

Defendant Avanade, Inc., is hereby dismissed without prejudice from Plaintiff Mark Staublin's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

Staublin and Avanade have settled the above-captioned matter. Judgment of dismissal is being entered in order to allow the parties to enforce the Settlement Agreement and Release entered by them, and the dismissal without prejudice shall not allow the parties to reopen issues resolved by this judgment.

This Court shall retain jurisdiction to enforce the Settlement Agreement and Release between Staublin and Avanade.

Dated: July 21, 2008

_____
The Honorable Robert M. Dow, Jr.
UNITED STATES DISTRICT COURT JUDGE